| **Internal Revenue Service** | **Department of the Treasury** |
|---|---|
| 440 SECURITY BLVD | |
| M/S 5224 GRB | |
| GREEN BAY, WI 54313 | |

Taxpayer's Identification Number:
▓▓▓-5625
Person to Contact:
EUGENE A CUMMINGS
Employee Identification Number:
1000984822
Telephone Number:
(920)662-5935
Fax Number:
(920)662-0129

Date: 05/13/2011

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

We would like to discuss with you unfiled returns and/or an amount you owe, whichever is checked, and have scheduled a meeting.

**THE DATE, TIME AND PLACE OF THE MEETING**

Date: 05/18/2011

Time: 01:00 PM

Place: 440 SECURITY BLVD, M/S 5224 GRB, GREEN BAY, WI 54313

☐ **UNFILED RETURNS** – periods listed at the bottom of this letter

A. If you filed the return(s) listed, please bring a signed copy of the return(s) to the meeting.

B. If you didn't file the return(s) listed, please bring to the meeting the return(s) already completed and signed. We've enclosed blank forms for your convenience.

C. If you are unable to complete the unfiled return(s), please bring to the meeting income statements (W-2s, 1099s, etc.) or payroll information (quarterly wages, income tax withheld, social security tax withheld, etc.) as applicable. We've enclosed blank forms we will help you complete.

D. If you feel you weren't required to file the return(s) listed, please be prepared to provide the reason and the date you were no longer liable.

☒ **UNPAID AMOUNTS YOU OWE** – periods listed at the bottom of this letter

A. If you paid the full amount you owe, please bring to the meeting proof of payment (i.e., a copy of both sides of your canceled check).

B. If you didn't pay the full amount you owe, please bring full payment to the meeting.

C. If you are unable to pay the full amount you owe, please bring proof of income, expenses, assets, and liabilities. These items will help us to determine your ability to pay and to discuss alternative payment arrangements such as an installment agreement, an offer in compromise, or a temporary delay of collection action.

E X A

Letter 725 (DO) (Rev. 7-2003)
Catalog Number: 40324X

**Interest – Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late – Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the beginning of this letter.

You may come to this meeting yourself, or you may give someone who is allowed to practice before the Internal Revenue Service written authorization to represent you. If you decide to consult with a representative after we begin our interview, we must stop the interview and in most cases reschedule it.

If you're unable to keep this appointment, please call the telephone number shown at the top of this letter immediately to reschedule.

Thank you for your cooperation.

Sincerely yours,

EUGENE A CUMMINGS
REVENUE OFFICER

| WE WANT TO DISCUSS YOUR FILING/PAYMENT FOR THE FOLLOWING TAX PERIOD(S) | | | | | |
|---|---|---|---|---|---|
| Form Number | Tax Period | Unpaid Balance of Assessments | Accrued Penalty | Accrued Interest | Amount You Owe |
| 1040 | 12/31/2000 | $44,744.18 | $0.00 | $6,949.62 | $51,693.80 |
| 1040 | 12/31/2001 | $59,399.08 | $0.00 | $20,144.18 | $79,543.26 |
| 1040 | 12/31/2002 | $23,384.60 | $0.00 | $7,842.47 | $31,227.07 |
| | | | | TOTAL | $162,464.13 |

Enclosures:
Publication 1
☐ Blank Tax Form

*Ex A*

Letter 725 (DO) (Rev. 7-2003)
Catalog Number: 40324X

| Form **668-A(ICS)** (Rev. July 2002) | | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy** | |
|---|---|---|---|

DATE: **05/09/2011**

REPLY TO: Internal Revenue Service
EUGENE A CUMMINGS
440 SECURITY BLVD
M/S 5224 GRB
GREEN BAY, WI 54313

TO: BAY SHORE CREDIT UNION
1514 CLEVELAND AVE
MARINETTE, WI 54143

TELEPHONE NUMBER
OF IRS OFFICE: **(920)662-5935**

NAME AND ADDRESS OF TAXPAYER:
JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

IDENTIFYING NUMBER(S): ▓▓▓5625
CARR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | $44,744.18 | $7,068.71 | $51,812.89 |
| 1040 | 12/31/2001 | $59,399.08 | $20,327.44 | $79,726.52 |
| 1040 | 12/31/2002 | $23,384.60 | $7,914.42 | $31,299.02 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================⇒

| Total Amount Due | $162,838.43 |
|---|---|

We figured the interest and late payment penalty to **06/08/2011**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative<br>/S/ EUGENE A CUMMINGS | Title<br>REVENUE OFFICER |
|---|---|

Part 4 — For Taxpayer      E X A      Form **668-A(ICS)** (7-2002)

| Form 668-A(ICS) (Rev. July 2002) | Department of the Treasury – Internal Revenue Service |
|---|---|
| | **Notice of Levy** |

DATE: 05/09/2011
REPLY TO: Internal Revenue Service
EUGENE A CUMMINGS
440 SECURITY BLVD
M/S 5224 GRB
GREEN BAY, WI 54313

TELEPHONE NUMBER
OF IRS OFFICE: (920)662-5935

NAME AND ADDRESS OF TAXPAYER:
JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

TO: TRANSPORTATION ALLIANCE BANK
4185 HARRISON BLVD SUITE 200
OGDEN, UT 84404

IDENTIFYING NUMBER(S): ▓▓▓▓5625

CARR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | $44,744.18 | $7,068.71 | $51,812.89 |
| 1040 | 12/31/2001 | $59,399.08 | $20,327.44 | $79,726.52 |
| 1040 | 12/31/2002 | $23,384.60 | $7,914.42 | $31,299.02 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================⇒

| Total Amount Due | $162,838.43 |
|---|---|

We figured the interest and late payment penalty to **06/08/2011**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar Institutions described in section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ EUGENE A CUMMINGS | REVENUE OFFICER |

Part 2 — For Taxpayer

EX A

Form **668-A(ICS)** (7-2002)

Form 668-W(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 05/11/2011

REPLY TO: Internal Revenue Service
EUGENE A CUMMINGS
440 SECURITY BLVD
M/S 5224 GRB
GREEN BAY, WI 54313

TO: JOHN VERIHA TRUCKING INC
PO BX 456 2830 CLEVELAND AVE
MARINETTE, WI 54143

TELEPHONE NUMBER
OF IRS OFFICE: (920)662-5935

NAME AND ADDRESS OF TAXPAYER:
JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

IDENTIFYING NUMBER(S): ▇▇▇-5625

CARR

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2000 | $44,744.18 | $7,080.07 | $51,824.25 |
| 1040 | 12/31/2001 | $59,399.08 | $20,344.92 | $79,744.00 |
| 1040 | 12/31/2002 | $23,384.60 | $7,921.28 | $31,305.88 |
| | | | Total Amount Due ⇒ | $162,874.13 |

We figured the interest and late payment penalty to **06/10/2011**

Although we asked you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect the unpaid amount. We will send other levies if we don't get sufficient funds to pay the total amount you owe.

This levy requires the person who received it to turn over to us: your wages and salary that have been earned but not paid, as well as wages and salary earned in the future until the levy is released; and (2) your other income that the person has now or is obligated to pay you. This money is levied to the extent it isn't exempt, as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (*cash, cashier's check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time for us to call you.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative<br>/S/ EUGENE A CUMMINGS | Title<br>REVENUE OFFICER |
|---|---|

Part 2 – For Taxpayer    Catalog No. 35390F    www.irs.gov    Form **668-W(ICS)** (7-2002)

EX A

Case 1:11-cv-00536-WCG    Filed 06/03/11    Page 5 of 8    Document 1-1

**Internal Revenue Service**
440 SECURITY BLVD
M/S 5224 GRB
GREEN BAY, WI 54313

**Department of the Treasury**

Date: 05/18/2011

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

Social Security or
Employer Identification Number:
███-5625
Person to Contact:
   EUGENE A CUMMINGS
Employee Identification Number:
   1000984822
Contact Telephone Number:
   (920)662-5935

    We have no record of receiving the tax return(s) listed on the following page(s) of this letter. If you have filed, or if you are not required to file, please give us the information requested in the space **beneath** the listed return(s).

    If you are required to file, please attach the returns to this letter and send them to us within the next few days. Include your payment for any tax due, plus interest as provided by law.

    The law also provides for penalty charges for filing returns late, paying taxes late, and making deposits late, unless there is reasonable cause for delay. If you believe you have reasonable cause for not filing and paying on time, please explain in a separate statement attached to each return. It will help us determine whether you can be excused from paying penalties.

    If your address as shown above is incorrect, please change it so we can update our records. We have enclosed a self-addressed envelope for your convenience and a copy of this letter for your records.

    If you have any questions, please contact the person whose name and telephone number are shown above.

    Thank you for your cooperation.

Sincerely yours,

EUGENE A CUMMINGS
REVENUE OFFICER

Enclosures:
Envelope
Copy of this letter

E X A

Letter 729(DO)(CG)(Rev. 10/2006)
Catalog Number: 40327E

**Internal Revenue Service**
440 SECURITY BLVD
M/S 5224 GRB
GREEN BAY, WI 54313

**Department of the Treasury**

Date: 05/18/2011

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525

Social Security or
Employer Identification Number:
◼◼◼◼-5625
Person to Contact:
  EUGENE A CUMMINGS
Employee Identification Number:
  1000984822
Contact Telephone Number:
  (920)662-5935

    We have no record of receiving the tax return(s) listed on the following page(s) of this letter. If you have filed, or if you are not required to file, please give us the information requested in the space **beneath** the listed return(s).

    If you are required to file, please attach the returns to this letter and send them to us within the next few days. Include your payment for any tax due, plus interest as provided by law.

    The law also provides for penalty charges for filing returns late, paying taxes late, and making deposits late, unless there is reasonable cause for delay. If you believe you have reasonable cause for not filing and paying on time, please explain in a separate statement attached to each return. It will help us determine whether you can be excused from paying penalties.

    If your address as shown above is incorrect, please change it so we can update our records. We have enclosed a self-addressed envelope for your convenience and a copy of this letter for your records.

    If you have any questions, please contact the person whose name and telephone number are shown above.

    Thank you for your cooperation.

Sincerely yours,

*(signature)*

EUGENE A CUMMINGS
REVENUE OFFICER

Enclosures:
Envelope
Copy of this letter

EX A

Letter 729(DO)(CG)(Rev. 10/2006)
Catalog Number: 40327E

| Form Number | Form Title | Tax Period Ended |
|---|---|---|
| 1040 | U.S. Individual Income Tax Return | 12/31/2003 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2004 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2005 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2006 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2007 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2008 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2009 |
| 1040 | U.S. Individual Income Tax Return | 12/31/2010 |
| | | |
| | | |

If you have filed the returns listed, please give us the name, address, and employer identification or social security number shown on each return filed. Also, please tell us the date each was filed, and the amount paid with each.

If you are not required to file the returns, please give us the reason and the date you were no longer liable. If you are required to file these returns, please tell us so we can continue sending them to you.

| Signature and Title of Taxpayer | Date | Telephone No. |
|---|---|---|
| | | |

E X A