

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 05-18-2011
Response Date: 05-18-2011
Tracking Number: ▓▓▓▓▓2693

FORM NUMBER: 1040A                           TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:    ▓▓▓▓▓-5625

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525-651

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 44,744.18 | |
| ACCRUED INTEREST: | 7,017.64 | AS OF: May 30, 2011 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 30, 2011 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        51,761.82

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 83,087.00 |
| TAXABLE INCOME: | 75,887.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 50,705.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 7,936.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Aug. 07, 2007
PROCESSING DATE                                                Aug. 27, 2007

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 08-27-2007 | $0.00 |

EX B

| | | | |
|---|---|---|---|
| | 19210-887-00093-7 | | |
| 140 | Inquiry for non-filing of tax return | 05-22-2002 | $0.00 |
| 570 | Additional account action pending | 08-27-2007 | $0.00 |
| 494 | Final notice before tax is determined for you by IRS (Statutory notice of deficiency) | 09-18-2007 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20080708 02-25-2008 | $1,067.13 |
| 806 | W-2 or 1099 withholding | 04-15-2001 | -$5,669.00 |
| 290 | Additional tax assessed | 20080708 02-25-2008 | $26,141.00 |
| | 11254-438-33471-8 | | |
| 495 | Tax determination closed | 02-05-2008 | $0.00 |
| 599 | Tax return filed | 02-07-2008 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20080708 02-25-2008 | $4,606.20 |
| 196 | Interest charged for late payment | 20080708 02-25-2008 | $13,480.85 |
| 276 | Penalty for late payment of tax | 20080708 02-25-2008 | $5,118.00 |
| 971 | Notice issued CP 0022 | 02-25-2008 | $0.00 |
| 971 | Notice issued CP 071C | 08-04-2008 | $0.00 |
| 290 | Additional tax assessed | 20090608 02-23-2009 | $0.00 |
| | 19254-433-06208-9 | | |
| 971 | Notice issued CP 071C | 08-10-2009 | $0.00 |
| 971 | Notice issued CP 071C | 08-09-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 03-22-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 04-01-2011 | $0.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | 04-26-2011 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|

EX B



## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 05-18-2011
Response Date: 05-18-2011
Tracking Number: ████2693

FORM NUMBER: 1040A                           TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:   ████-5625

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525-651

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 59,399.08 | |
| ACCRUED INTEREST: | 20,248.85 | AS OF: May 30, 2011 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 30, 2011 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        79,647.93

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 92,306.00 |
| TAXABLE INCOME: | 84,856.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 89,740.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 12,408.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 07, 2004
PROCESSING DATE                                                  Oct. 25, 2004

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-25-2004 | $0.00 |

EX B

| | | 72210-281-16584-4 | | |
|---|---|---|---|---|
| 140 | Inquiry for non-filing of tax return | | 03-24-2003 | $0.00 |
| 570 | Additional account action pending | | 10-25-2004 | $0.00 |
| 494 | Final notice before tax is determined for you by IRS (Statutory notice of deficiency) | | 12-28-2004 | $0.00 |
| 495 | Tax determination closed | | 05-17-2005 | $0.00 |
| 599 | Tax return filed | | 05-23-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20052408 | 06-27-2005 | $1,290.48 |
| 806 | W-2 or 1099 withholding | | 04-15-2002 | -$297.00 |
| 290 | Additional tax assessed | 20052408 | 06-27-2005 | $32,941.00 |
| | | 13254-554-64374-5 | | |
| 166 | Penalty for filing tax return after the due date | 20052408 | 06-27-2005 | $7,344.90 |
| 196 | Interest charged for late payment | 20052408 | 06-27-2005 | $7,032.57 |
| 276 | Penalty for late payment of tax | 20052408 | 06-27-2005 | $6,365.58 |
| 290 | Additional tax assessed | 20061208 | 04-03-2006 | $0.00 |
| | | 89254-473-05952-6 | | |
| 196 | Interest charged for late payment | 20061208 | 04-03-2006 | $2,866.13 |
| 276 | Penalty for late payment of tax | 20061208 | 04-03-2006 | $1,795.42 |
| 971 | Notice issued<br>CP 071C | | 08-04-2008 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 08-10-2009 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 08-09-2010 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 03-22-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-01-2011 | $0.00 |
| 360 | Fees and other expenses for collection | | 04-25-2011 | $60.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 04-26-2011 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Ex B



| | |
|---|---|
| | This Product Contains Sensitive Taxpayer Data |

**Account Transcript**

Request Date: 05-18-2011
Response Date: 05-18-2011
Tracking Number: ▓▓▓12693

FORM NUMBER: 1040A                    TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER: ▓▓▓-5625

JOHN R CARROLL
N2065 DEER LAKE RD
MARINETTE, WI 54143-9525-651

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 23,384.60 | |
| ACCRUED INTEREST: | 7,883.53 | AS OF: May 30, 2011 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 30, 2011 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      31,268.13

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 45,740.50 |
| TAXABLE INCOME: | 38,040.50 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 45,404.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 6,947.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 07, 2004
PROCESSING DATE                                                 Oct. 25, 2004

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-25-2004 | $0.00 |

EX B

| | | 72210-281-16585-4 | | |
|---|---|---|---|---|
| 140 | | Inquiry for non-filing of tax return | 05-17-2004 | $0.00 |
| 570 | | Additional account action pending | 10-25-2004 | $0.00 |
| 494 | | Final notice before tax is determined for you by IRS (Statutory notice of deficiency) | 12-28-2004 | $0.00 |
| 495 | | Tax determination closed | 05-17-2005 | $0.00 |
| 599 | | Tax return filed | 05-23-2005 | $0.00 |
| 170 | | Penalty for not pre-paying tax | 20052408 06-27-2005 | $453.25 |
| 290 | | Additional tax assessed | 20052408 06-27-2005 | $13,564.00 |
| | | 13254-554-64375-5 | | |
| 166 | | Penalty for filing tax return after the due date | 20052408 06-27-2005 | $3,051.90 |
| 196 | | Interest charged for late payment | 20052408 06-27-2005 | $1,837.41 |
| 276 | | Penalty for late payment of tax | 20052408 06-27-2005 | $1,831.14 |
| 290 | | Additional tax assessed | 20061208 04-03-2006 | $0.00 |
| | | 89254-473-05953-6 | | |
| 196 | | Interest charged for late payment | 20061208 04-03-2006 | $1,087.04 |
| 276 | | Penalty for late payment of tax | 20061208 04-03-2006 | $949.48 |
| 276 | | Penalty for late payment of tax | 20074308 11-05-2007 | $610.38 |
| 971 | | Notice issued<br>CP 071C | 08-04-2008 | $0.00 |
| 971 | | Notice issued<br>CP 071C | 08-10-2009 | $0.00 |
| 971 | | Notice issued<br>CP 071C | 08-09-2010 | $0.00 |
| 971 | | Collection due process Notice of Intent to Levy -- issued | 03-22-2011 | $0.00 |
| 582 | | Lien placed on assets due to balance owed | 04-01-2011 | $0.00 |
| 971 | | Unclaimed notice of lien filing and right to Collection Due Process hearing | 04-26-2011 | $0.00 |

This Product Contains Sensitive Taxpayer Data

E X B

INTERNAL REVENUE SERVICE-DEPARTMENT OF THE TREASURY
Revenue Officer
ID no 0984822
Green Bay Wisconsin

John Raymond Carroll
524 15 5625
N2065 Deer Lake Rd
Marinette Wisconsin

Pursuant to the Freedom of Information Act, 5 USC 552a, and 26 CFR 301.6203, please send me a copy of a valid Summary Record of Assessment, Known as 23C Form, as well as Certificate of Assessments and payments (Form 4340), identifying me as a "taxpayer", which has been singned and attested by a properly delegated "assessment officer". This is my firm promise to pay fees for duplicating the documents requested. Also, please include,

1) All supporting records used for determining that I have an income tax liability, including but not limited to,

  a) Statute, Regulation and Federal Register publication, (date and cite number) providing the authority for the Internal Revenue Service to manditorily impose a graduated income tax in Wisconsin on the private earnings of a private Wisconsin Citizen, who is not a Federal, District of Columbia, State or Municipal Employee.

2) The character of the tax liability or the "particular type of tax" you feel I am liable for pursuant to 26 CFR (Code of Federal Regulations)

3) Also provide evidence that this assessment has been signed, attested and legally filed with the Secretary, pursuant to the law.

All further notices and collection actions must cease untill I have established that a valid, attested and signed Assessment exists, on which you are basing your claim that I owe you money.

       Sincerely,

       *John Raymond Carroll*

John Raymond Carroll
 524 15 5625
N 2065 deerlake rd
Marrinette Wi


17 may 2011


Internal Revenue Service
 M/S 5224 GRB
 Eugene A Cummings
1000984822
 Green Bay WI




AFFIDAVIT
OF
NOTICE OF DEFAULT


State of Wisconsin
County of Marinette

Affiant, having first hand knowledge concerning the facts contained herein,
provide this Affidavit of Notice of Default to Eugene Cummings and his
superiors. Affiant hereby deposes and states the facts as herein stated:

    1. That the affiant, John R Carroll, did mail to District Director
for Green Bay at the above stated address Demande For Certificate of A
Assessments, Summary Record of Assessments (23C) (4340) under date of
4/7/11, which was a request for;

- (A) Evidence of the circumstances requiring a jeopardy assessment,
  pursuant 26 U.S.C. 6862 if applicable to affiant's case, and

- (B) A copy or copies of the following forms, signed and attested as
  being true and correct;

  - (a) Assessments for Tax Years 2000, 2001, 2002,;
  - (b) Copies of the 23C "Summary Record of Assessment"
  - (c) Copies of Form 4340, "Certificates of Assessments and Payments,"

(d) Form 2666, "Certiffication of Transcript," signed and attested by the properly delegated Assessment Officer and a production of documents upon which assessments(s) were baced. Said Affidavit was mailed to your attention and received by the said agency on 4/7/11, verified by Certified Mail-Return Receipt number 7009 0960 0000 3330 6363

"Absent an assessment, there is no debt, as the debt only attaches when the assessment is properly made, Bull v. U.S., 914F.2d245, and for a tax liability to be duly collectible, it must have been properly assessed. In Re Westren Trading Co., 340 F. Supp. 1130(D. Nev. 1972); Estate of Goetz v. U.S.., 286 F.supp. 128, at 131 9d.Mo.(1968) These statutory porcedures must be followed in the process of administratively collecting taxes." U.S. v. Berman, 825 F.2d 1053, 1055 (6a 6 1987).

It is well established in law that in order to have a valid sale, there must be a valid seizure; and to have a valid seizure, there must be a valid lien; and to have a valid lien--- there must be a signed 23C (Summary Record of Assessment) and a Form 4340 (Certificates of Assessments and payments) befor there is a valid assessmments. Coplin v. U.S., 952 F.2d 403; Fullmer v. U.S. 93-U.S. Tax case. P50, 657; U.S. v. Mc Callum, 970 F.2d 66; Brewer v. U.S. 746FF.Supp.309; Geiselman v. U.S. 961 F.2d 1; Tweedy v. U.S. 74 AFTR 2d 5003; Fisher v. U.S. 860 F.Supp 680.A Proper assessment must also have IRS Form 2666, "Certification of Transcript," an IRS form 4340 "Certificate of Assessment" (IRS document 7130 at page 33), and must come from the service center, and the procedural assessment itself must be pursuant to IRM-HB1272 and 48 (13)

That pursuant to the Federal Rules of Civil Procedure (FRCP), Rule 6, (Eugene Cummings) had fourteen (14) days in which to respond to the "Affidavit of John R Carroll" with copies of Congressionally-mandated assessment and assessment forms, which District Director agent's Cummings failed to do, thereby "drfaulting" on 4/21/11, pursuant to FRCP, Rule 6.

Default having occurred and whereas (Eugene A Cummings) and District Director failed to respond to counter-affidvit the following facts are hereby established;

1. Agency failed to issue or maintain documents as required.

2. Dispositive fact is establishsd by the IRS respecting facts stated in the "affidavit" pursuant to FRCP, Rule 8 (d), wherein agent's name, IRS district director (aka IRS) "failed to plead".

3. Under the Federal Rules of Evidence, Rule 101 et seq., and particularly rule 301, stipulates that the facts contained within the "affidavit of John Raymond Carroll" will be considered accurate if not rebutted, by counter-affidavit, by someone competent to know the law, and if the information provided in the affidavit is not denied and conclusively disproved within fourteen (14) days, pursuant to the Federal rules of Civil Procedure (FRCO), Rule 6.

4. The IRS by defaulting to the "affidavit of John Raymond Carroll" has been deemed to have waived all rights allegedly claimed against John Raymond Carroll respecting "assessment" of all taxes for tax years 2000 2001 2002.

5. That any "assessment" of taxes assessed against John Raymond Carroll for the tax years 2000 2001 2002 are "invalalid, null and void", thus invalidating all lien, levy, and seizure action of the IRS for the tax years of 2000 2001 2002

6. Whereas, the IRS, by failing to respond to request for the production of Congressionally- mandated Assessment Forms, admits and acknowledges the fact of 26 USC 6322 and Treasury Regulation 301.6331-1(a)(1 (1) which states;

"All liens, levies and seizures arise from an assessment."

I hereby attest that to the best of my knowledge and belief, the abouve is true and correct.

John Raymond Carroll

*[signature: John Raymond Carroll]*